# EXHIBIT 1



CONFIDENTIAL

TWDC-OLU000976

**Exhibit 1, Page 8**



CONFIDENTIAL

TWDC-OLU000988

**Exhibit 1, Page 9**





CONFIDENTIAL  TWDC-OLU000997

**Exhibit 1, Page 11**



CONFIDENTIAL
TWDC-OLU001010

**Exhibit 1, Page 12**