```
 1  LUCIA E. COYOCA (SBN 128314)
       lec@msk.com
 2  BRADLEY J. MULLINS (SBN 274219)
       bym@msk.com
 3  ALEXANDRA L. ANFUSO (SBN 333440)
       ala@msk.com
 4  MITCHELL SILBERBERG & KNUPP LLP
    2049 Century Park East, 18th Floor
 5  Los Angeles, CA 90067-3120
    Telephone:  (310) 312-2000
 6  Facsimile:  (310) 312-3100

 7  Attorneys for Defendants The Walt Disney
    Company, and Disney Enterprises, Inc.
 8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM KAIPO ENOS, an individual and JOHNSON ENTERTAINMENT, LLC, a Native Hawaii limited liability company,<br><br>     Plaintiffs,<br><br>  v.<br><br>THE WALT DISNEY COMPANY, a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>     Defendants. | CASE NO. 2:23-cv-05790-DSF-AGRx<br><br>Hon. Dale S. Fischer<br><br>**DECLARATION OF DR. ELLEN SEITER**<br><br>Date: April 7, 2025<br>Time: 1:30 p.m.<br>Courtroom: 7D (First Street Courthouse)<br><br>Complaint filed: July 18, 2023<br>FAC Filed: November 22, 2023<br>Trial Date: July 29, 2025 |

Dr. Ellen Seiter, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I have been retained as an expert witness in this action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of my initial Expert Report in this action (the "Initial Expert Report"), dated November 22, 2024.

3. Attached hereto as Exhibit B is a true and correct copy of my rebuttal Expert Report in this action (the "Rebuttal Expert Report"), dated January 13, 2025.

3. My Initial Expert Report and Rebuttal Expert Report are incorporated herein as though set forth in full.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   February __, 2025
               Hong Kong

_____
Dr. Ellen Seiter

Dr. Ellen Seiter, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I have been retained as an expert witness in this action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of my initial Expert Report in this action (the "Initial Expert Report"), dated November 22, 2024.

3. Attached hereto as Exhibit B is a true and correct copy of my rebuttal Expert Report in this action (the "Rebuttal Expert Report"), dated January 13, 2025.

3. My Initial Expert Report and Rebuttal Expert Report are incorporated herein as though set forth in full.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   February __, 2025
              Hong Kong

                                        _____
                                        Dr. Ellen Seiter